McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-mc-00002-LKK-KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE |
| v. | A COMPLAINT FOR FORFEITURE AND/ OR TO OBTAIN AN INDICTMENT |
| APPROXIMATELY $83,940.00 IN U.S. CURRENCY, and | ALLEGING FORFEITURE |
| 1969 PONTIAC LEMANS, VIN: 237679R120542, CALIFORNIA LICENSE: XPU601, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Bradley Irwin Hakala ("Claimant"), by and through their respective attorney, as follows:

   1.  On or about October 12, 2006, Claimant filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $83,940.00 in U.S. Currency and the 1969 Pontiac LeMans, VIN: 237679R120542, California License: XPU601 (the "defendant assets"), which were seized on or about July 18, 2006.

   2.  The Drug Enforcement Administration has sent the written

1

1  notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A)
2  to all known interested parties.  The time has expired for any
3  person to file a claim to the defendant assets under 18 U.S.C. §
4  983(a)(2)(A)-(E), and no person other than the Claimant has filed
5  a claim to the defendant assets as required by law in the
6  administrative forfeiture proceeding.
7       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
8  required to file a complaint for forfeiture against the defendant
9  assets and/or to obtain an indictment alleging that the defendant
10 assets are subject to forfeiture within 90 days after a claim has
11 been filed in the administrative forfeiture proceedings, unless
12 the court extends the deadline for good cause shown or by
13 agreement of the parties.
14      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties
15 wish by agreement to extend to February 9, 2007, the time in
16 which the United States is required to file a civil complaint for
17 forfeiture against the defendant assets and/or to obtain an
18 indictment alleging that the defendant assets are subject to
19 forfeiture.
20      5.   Accordingly, the parties agree that the deadline by
21 which the United States shall be required to file a complaint for
22 forfeiture against the defendant assets and/or to obtain an
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

indictment alleging that the defendant assets are subject to forfeiture shall be extended to February 9, 2007.

Date: 5 Jan 2007        McGREGOR W. SCOTT
                        United States Attorney


                        /s/ Kristin S. Door
                        KRISTIN S. DOOR
                        Assistant U.S. Attorney


Date: 1/5/07            /s/ Steven D. Bauer
                        STEVEN D. BAUER
                        Attorney for Claimant
                        Bradley Irwin Hakala

                        (Signature Authorized per Telephone
                          Call)


**IT IS SO ORDERED.**

Date: January 8, 2007.


                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

3